JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephanie Nucci,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Target Corporation, et al.,<br><br>　　　　Defendants. | **CASE NO. 8:18-cv-00715 DOC (JEMx)**<br><br>**ORDER RE: STIPULATION TO REMAND [13]** |

Having considered the stipulation between Plaintiff STEPHANIE NUCCI and Defendant TARGET CORPORATION, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff STEPHANIE NUCCI, as a result of the alleged incident and subsequent claim all described more fully in the Complaint: STEPHANIE NUCCI vs. TARGET CORPORATION, et al., Orange County Superior Court Case No. 30-2018-00979577-CU-PO-CJC, has incurred damages, if any, that do not, and will never be claim to, exceed $75,000. Because Plaintiff's damages do not exceed $75,000, this case does not meet the federal

jurisdictional requirements as defined in 28 U.S.C. §1332(a); thus, this case is hereby remanded to the Superior Court of California, County of Orange.

Dated: __June 28__, 2018            _/s/ David O. Carter_
                                     Honorable David O. Carter
                                     United States District Court

**ORDER RE: STIPULATION TO REMAND**